**FILED**
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01338-WDM-BNB

FRED LADD,

      Plaintiff,

v.

CHEMONICS, INC.,

      Defendant.

Case: 1:07-cv-01384
Assigned To : Lamberth, Royce C.
Assign. Date : 7/31/2007
Description: General Civil

---

## ORDER GRANTING UNOPPOSED MOTION TO TRANSFER CASE AND TO ENLARGE THE DATE FOR RESPONDING TO COMPLAINT

---

Having considered Defendant, Chemonics, Inc.'s, Unopposed Motion to Transfer Case and to Enlarge the Date for Responding to Complaint, it is hereby ORDERED, that Defendant's motion is hereby GRANTED. It is further ORDERED that this action shall be transferred to the United States District Court for the District of Columbia and that the date by which Defendant must answer or otherwise respond to Plaintiff's Complaint is extended until ten (10) days after this action is docketed in that Court.

Dated this 2nd day of July, 2007.

_____
United States District Judge

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and of record in my office.
WITNESS my hand and SEAL of said Court this 25 day of July, 2007.
GREGORY C. LANGHAM
By: _____ Deputy



NDISPO, TERMED

## U.S. District Court
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01338-WDM-BNB
### Internal Use Only

Ladd v. Chemonics, Inc.
Assigned to: Judge Walker D. Miller
Referred to: Magistrate Judge Boyd N. Boland
Case in other court: El Paso County District Court, 06CV5092
Cause: 42:1651 Defense Base Act

Date Filed: 06/25/2007
Date Terminated: 07/03/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Fred Ladd**  represented by  **David L. Kofoed**
Kofoed Law Firm, LLC
6841 South Yosemite Street
#3A
Centennial, CO 80112
303-721-8877
Fax: 303-721-9352
Email: kofoedlawfirm@qwest.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chemonics, Inc.**  represented by  **William Albert Wright**
*a corporation*
Sherman & Howard, L.L.C.-Denver
633 17th Street
#3000
Denver, CO 80202
303-299-8086
Fax: 303-298-0940
Email: wwright@sah.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Myles Deeny**
Sherman & Howard, L.L.C.-Colorado Springs
90 South Cascade Avenue
#1500
Colorado Springs, CO 80903
719-448-4016
Fax: 719-635-4576

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and of record in my office.
WITNESS my hand and SEAL of said Court this 25 day of July 2007
GREGORY C. LANGHAM
By /s/ illegible
Deputy



Email: rdeeny@sah.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2007 | 1 | NOTICE OF REMOVAL from El Paso County District Court, Case Number 06CV5092. ( Filing fee $ 350 Receipt Number 2282), filed by Chemonics, Inc. (Attachments: # 1 State Court Pleadings# 2 State Court Pleading - Affidavit of Kevin P. Duffy# 3 Civil Cover Sheet # 4 Supplemental Civil Cover Sheet # 5 Receipt)(gms, ) (Entered: 06/26/2007) |
| 06/25/2007 | 2 | COMPLAINT against Chemonics, Inc., filed by Fred Ladd. (Text only entry - no document attached)(gms, ) (Entered: 06/26/2007) |
| 06/25/2007 | 3 | Waiver and Acceptance of Service of SUMMONS by Fred Ladd. Chemonics, Inc. served on 6/20/2007, answer due 7/10/2007. (Text only entry - no document attached) (gms, ) (Entered: 06/26/2007) |
| 06/25/2007 | 4 | CORPORATE DISCLOSURE STATEMENT by Defendant Chemonics, Inc. (gms, ) (Entered: 06/26/2007) |
| 06/28/2007 | 5 | ORDER REFERRING CASE to Magistrate Judge Boyd N. Boland by Judge Miller. (dln, ) (Entered: 06/28/2007) |
| 07/02/2007 | 6 | NOTICE of Entry of Appearance by Raymond Myles Deeny on behalf of Chemonics, Inc. (Deeny, Raymond) (Entered: 07/02/2007) |
| 07/02/2007 | 7 | Unopposed MOTION to Transfer Case *and to Enlarge the Date for Responding to Complaint* by Defendant Chemonics, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Deeny, Raymond) (Entered: 07/02/2007) |
| 07/02/2007 | 8 | BRIEF in Support re 7 Unopposed MOTION to Transfer Case *and to Enlarge the Date for Responding to Complaint* filed by Defendant Chemonics, Inc.. (Attachments: # 1 Exhibit # 2 Exhibit)(Deeny, Raymond) (Entered: 07/02/2007) |
| 07/03/2007 | 9 | RESPONSE to Motion re 7 Unopposed MOTION to Transfer Case *and to Enlarge the Date for Responding to Complaint* filed by Plaintiff Fred Ladd. (Kofoed, David) (Entered: 07/03/2007) |
| 07/03/2007 | 10 | ORDER granting 7 Unopposed MOTION to Transfer Case and to Enlarge the Date for Responding to Complaint by Defendant. This action shall be transferred to the United States District Court for the District of Columbia and that date by which Defendant must answer is extended until ten days after action is docketed in the Court. Signed by Judge Walker D. Miller on 7/3/07.(dln, ) (Entered: 07/03/2007) |
| 07/03/2007 |  | (Court only) ***Civil Case Terminated. (dln, ) (Entered: 07/03/2007) |
| 07/11/2007 | 11 | Transmittal of Documents to United States District Court, District of Columbia pursuant to the Order of Transfer dated 7/3/07. (mrs, ) |

(Entered: 07/11/2007)




# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

United States District Court  
District of Columbia  
U.S. Courthouse  
3rd and Constitution Avenue, N.W.  
Washington, D.C. 20001

July 25, 2007

Re: 07-cv-01338-WDM-BNB, *Fred Ladd v. Chemonics, Inc.*

Dear Sir or Madam:

The above-captioned case has been transferred to the United States District Court for the District of Columbia pursuant to an Order Granting Unopposed Motion to Transfer Case and to Enlarge the Date for Responding to Complaint, signed by Judge Walker D. Miller on July 3, 2007. Enclosed are the following:

1. All original documents filed in the above-captioned case;
2. Certified copy of the docket in the above-captioned case;
3. Certified copy of the Order by Judge Walker D. Miller;
4. One copy of this letter, and
5. Postage-paid, self addressed envelope.

Please acknowledge receipt of these documents on the duplicate of this letter and return the same in the enclosed envelope. Counsel are herewith directed to file all future pleadings with the Clerk of the Court for the U.S. District Court for the District of Columbia.

Thank you for your cooperation in this matter.

Sincerely,

By: *s/ Valeri P. Barnes*  
Deputy Clerk

Enclosures  
Cert. Mail # 7006 3450 0001 3585 0995

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

E
07-1384
RCL

## I (a) PLAINTIFFS

FRED LADD

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

CHEMONICS, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01384
Assigned To : Lamberth, Royce C.
Assign. Date : 7/31/2007
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☒ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

USDC, DC (DENVER)

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1651  DEFENSE BASE ACT

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  **DEMAND $**  Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

DATE 7·31·07   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

