**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FRED LADD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No. 07-1384 (RCL) |
| | ) |
| **CHEMONICS, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

This case was transferred to this Court from the United States District Court for the District of Colorado, and docketed in this Court on July 31, 2007.

The Colorado court ordered defendant to answer or otherwise respond to the complaint no later than 10 days after the action was docketed in this Court. Defendant has failed to do so. Nor has counsel for plaintiff entered an appearance in this Court. Both sides shall enter appearances, in accordance with this Court's local rules, no later than 10 days from this date.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth on October 5, 2007.