UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRED LADD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-1384 (RCL) |
| | ) |
| **CHEMONICS, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The Clerk of Court shall transmit a copy of the Order [2] requiring both sides to enter appearances within 10 days of October 5, 2007, to each counsel who made an appearance in this action while the case was at the United States District Court for the District of Colorado.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth on October 5, 2007.