# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED LADD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHEMONICS INC, | ) | Civil Action No.: 07-CV-01384 RCL |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the undersigned, and the law firm of Seyfarth Shaw LLP, as counsel for Defendant Chemonics Inc. in the above-referenced matter.

Respectfully submitted

Seyfarth Shaw LLP

 /s/ James M. Mesnard
James M. Mesnard, D.C. Bar No. 404835
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C.  20006
Telephone - (202) 463-2400
Facsimile - (202) 828-5393
jmesnard@seyfarth.com

ATTORNEY FOR CHEMONICS INC.

October 15, 2007

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Entry of Appearance was served by first class mail,

postage prepaid, this 15th day of October, 2007, on:

      Fred Ladd
      1975 Spring Valley Drive
      Colorado Springs, CO 80921

      and via facsimile and first class mail to:

      David L. Kofoed, Esq.
      The Kofoed Law Firm, LLC
      6841 South Yosemite
      Suite 3A
      Englewood, Colorado  80012

      /s/ James M.Mesnard
      James M. Mesnard