UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| CHEMONICS INC, | )   Civil Action No.: 07-CV-01384 RCL ) |
|     Defendant. | ) ) ) |

**MOTION TO DISMISS CIVIL ACTION NO. 07-1384 (RCL)**
**BECAUSE OF DUAL DOCKETING**

Defendant, Chemonics, Inc. ("Chemonics"), by its undersigned counsel, respectfully moves that the action docketed as *Fred Ladd v. Chemonics, Inc.*, Civil Action No. 07-1384 (RCL) be dismissed on the grounds that this action has been docketed twice.

**ARGUMENT**

This action, which was transferred from the United States District Court for the District of Colorado, has been docketed twice by this Court. The case was docketed once on July 26, 2007 and assigned to Judge Colleen Kollar-Kotelly. It was assigned Case Number 1:07-cv-01360 CKK. This action was docketed again on July 31, 2007 and assigned Case Number 1:07-cv-01384 RCL.

The undersigned entered an appearance in 1:07-cv-01360 on July 31, 2007. Chemonics' Answer was filed on August 2, 2007. Since then, the attorney who represented Plaintiff Fred Ladd ("Ladd") in Colorado has been granted leave to appear *pro hac vice*. Counsel conferred as required by Local Rule 16.3 and filed a joint statement and proposed scheduling order. A scheduling conference was held by Judge Kollar-Kotelly on October 15, 2007 and a scheduling order will be issued presently.

The undersigned and Chemonics were unaware that Ladd's lawsuit against Chemonics had been docketed twice until the morning of October 15, 2007 when the undersigned received an e-mail from counsel that represented Chemonics in Colorado forwarding the Court's October 5, 2007 orders. Neither Chemonics nor the undersigned ignored the Colorado Court's directive to file an answer within ten (10) days after the action was docketed in this Court.

## CONCLUSION

The action identified as Case No. 1:07-cv-01384 should be dismissed because this case has been docketed twice.

> Respectfully submitted
>
> Seyfarth Shaw LLP
>
> /s/ James M. Mesnard
> James M. Mesnard, D.C. Bar No. 404835
> Seyfarth Shaw LLP
> 815 Connecticut Avenue, N.W., Suite 500
> Washington, D.C. 20006
> Telephone - (202) 463-2400
> Facsimile - (202) 828-5393
> jmesnard@seyfarth.com
>
> ATTORNEY FOR CHEMONICS INC.

October 15, 2007

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Dismiss Civil Action No. 07-1384 (RCL) Because of Dual Docketing was served by first class mail, postage prepaid, this 15th day of October, 2007, on:

>Fred Ladd
>1975 Spring Valley Drive
>Colorado Springs, CO 80921

and via facsimile and first class mail to:

>David L. Kofoed, Esq.
>The Kofoed Law Firm, LLC
>6841 South Yosemite
>Suite 3A
>Englewood, Colorado  80012

>    /s/ James M.Mesnard_____
>    James M. Mesnard