## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRED LADD,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|     v. | ) Civ. Action No. 07-1384 (RCL) |
| | ) |
| **CHEMONICS, INC.** | ) |
| | ) |
|       **Defendant.** | ) |
| _____ | ) |

## ORDER

Defendant's motion to dismiss is granted, and this case is hereby dismissed without prejudice. (Plaintiff's case was previously assigned Civil Action No. 07-1360.)

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth on October 22, 2007.